UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Joseph Emerson | ) |
| | ) |
| Plaintiff, | ) Case No. |
| | ) |
| v. | ) Judge |
| | ) |
| Match Group LLC., et al. | ) |
| | ) |
| Defendants | ) |
| | ) |

**NOTICE OF REMOVAL**

1. Under 28 U.S.C. §§ 1442 and 1446, Defendant Federal Bureau of Investigation ("Toledo FBI" and "Detroit FBI") is removing to this Court a civil action originally filed by Plaintiff Joseph Emerson in the Lucas County Court of Common Pleas.

2. Plaintiff Emerson filed his Complaint in the Lucas County Court of Common Pleas on February 27, 2024. The summons was filed February 28, 2024. The process and pleadings served upon the Federal Bureau of Investigation are attached as Exhibit A.

3. The Federal Bureau of Investigation is an agency of the United States Government entitled to remove Emerson's action to the U.S. District Court for the Northern District of Ohio under 28 U.S.C. § 1442(a)(1).

4. The Federal Bureau of Investigation is removing this action within the 30-day timeframe established under 28 U.S.C. § 1446(b).

5. A copy of this Notice of Removal will be filed promptly with Lucas County Court of Common Pleas to effect the removal. 28 U.S.C. § 1446(d).

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:   /s/*Rema A. Ina*
Rema A. Ina (0082549)
Assistant United States Attorney
United States Court House
801 West Superior Ave., Suite 400
Cleveland, OH 44113
(216) 622-3723
(216) 522-4982 (Fax)
Rema.Ina@usdoj.gov

*Counsel for FBI*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I caused the foregoing to be electronically filed with the United States District Court, Northern District of Ohio, and that on the same date I caused a copy of this notice to be served by ordinary first-class mail via United States Postal Service to Joseph Emerson at P.O. Box 13, Toledo, Ohio 43697 and Match Group LLC, 8750 N. Central Expy Ste 1400, Dallas, Texas, 75231.

/s/ Rema A. Ina
Rema A. Ina
Assistant United States Attorney

2