# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**      **OTHER CIVIL**

**GOVERNMENT EXHIBIT A**

TOLEDO FBI
420 MADISON AVE #800
TOLEDO, OH 43604

G-4801-CI-0202401586-000
JUDGE: IAN B ENGLISH

    You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

    You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

    You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service or to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

    If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

| PLAINTIFF (S) | ATTORNEY FOR PLAINTIFF(S) |
|---|---|
| JOSEPH EMERSON<br>PO BOX 13<br>TOLEDO, OH 43697 | PRO SE<br>PO BOX 13<br>TOLEDO, OH 43697 |

BERNIE QUILTER
CLERK OF COURTS

Date: February 28, 2024

_____, Clerk
*Bernie Quilter* (signature)



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**OR**

☐ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Send email to**: PHamer@co.lucas.oh.us
**Subject**: G-4801-CI-0202401586-000
TOLEDO FBI
**Message**: Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

### If you do NOT hire an attorney & fail to respond you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

IN THE COMMON PLEAS COURT OF LUCAS COUNTY, OHIO

G-4801-CI-0202401586-000
Judge
IAN B. ENGLISH

PLAINTIFF:

CASE NUMBER:

JOSEPH EMERSON

V

JUDGE:

COMPLAINT: CRIMINAL SEX TRAFFICKING FBI

DEFENDANTS:

INTERSTATE / INVASION OF PRIVACY

MATCH GROUP LLC

8750 N. CENTRAL EXPY STE 1400

DALLAS, TEXAS 75231

TOLEDO FBI

420 MADISON AVE # 800

TOLEDO, OHIO 43604

DETROIT FBI

477 MICHIGAN AVE

DETROIT, MICH 48226

SUMMARY:

I HAVE LAWSUITS AGAINST FBI FACEBOOK AND CRAIGSLIST. I HAD NINE CASES OHIO SUPREME COURT, THEY HAD A CORPORATE PAYOFF CHIEF JUSTICE SHARON KENNEDY WHO ABOVE BELOW JUDGES DISMISSED CASES. ONWARD THOSE CASES WENT AND FBI TURNED TWO FACE JUDGE BRETT KAVINAUGH ON ME. I SENT HIS ROBE WEARING ASS DOCUMENTS WHEN UNDER FIRE FOR RAPE ALLEGATION, AS THREE DECADES FBI ABOVE HAS DEFAMATION MYSELF. CRAIGSLIST CASE WAS RIGGED DISMISSED WHEN FBI HAD A MOTION OF DEFAULT LUCAS COUNTY COMMON PLEAS COURT AND A WAIVER SIGNED US SUPREME COURT. I A DECADE AGO FREE USED PLENTY OF FISH WEBSITE, NOW YOU ARE CHARGED MATCH GROUP WHO OWNS SITE. THEY FORCE YOU INTO A AGE BRACKET UNABLING YOU TO VIEW ONES YOUNGER, DISCRIMINATION. JACOB AT WORK P[AID NO FEE AND KEPT FRIENDING FEMALES UNTIL ONE RESPONDED BACK. UNTIL THIS HAPPENS, YOU HAVE NO CLUE WHO FRIENDED YOU OTHERWISE. HE WAS DATING THIS FEMALE VALENTINES DAY. DAYS PRIOR I WENT ON THIS SITE PAYING 40 DOLLARS FOR THE MONTH. I HAD SEVEN FRIENDED ME AND AS I MESSAGED ONE WITH REPTILE PETS FBI DID DEFAMATION AND SHE DID NOT RESPOND REFUSING MY RESPONSE. APPARENTLY FBI IS INVADING CLIENTS PRIVACY AND TRYING TO RIG A FEMALE SEX WITH ME ONLY AND A RIDE FOR OTHERS FLYING INTO DETROIT METRO AIRPORT. I HAVE LESS THAN 50 MILES THE RADIUS AND AGES 21-37. I ONLY RECEIVED FEMALES MICHIGAN OVER 60 MILES AWAY, SOME UP TOP 100. FBI ALREADY

RIGGED GREASE IN MY TRUCKS BRAKE DRUM, GAME IS FOUL PLAY MY VEHICLE A HOTEL OR OTHER RIGGED FEMALES A RIDE. OBVIOUS FEMALES THOSE AGE BRACKETS ARE IN TOLEDO. I HAVE ONE FEMALE WHO WROTE, THEN STOPPED OVER A DAY. THEN AS I MESSAGED ANOTHER , ONE MESSAGED ME , FOLLOWED BY THE ASIAN. THEN THE ONE STATES WE NEED TO COMMUNICATE BY ANOTHER WAY AND MEANS. I PAID 40 DOLLARS FOR MY PRIVACY. CRAIGSLIST I PAID AT LEAST FIVE TIMES 30 DOLLARS A MONTH THERE. AS YOU SEND A LIKE THEY TRY TO CHARGE YOU MORE MONEY TO SEND A SUPER LIKE. THEN CHARGE ANOTHER FEE TO POST MORE FREQUENTLY YOUR PROFILE DURING BUSY HOURS AFTER WORK. ONE FEMALE PICTURED IS IN RUSSIA, TWO OTHERS WERE ALSO FROM ANOTHER COUNTRY. THIS IS SO FBI CAN PLAY IMMIGRATION GAMES WHICH THEY DID MY EX WIFE OVER THREE YEARS NO GREENCARD. I AM SUING THE FBI AND MATCH GROUP FIVE MILLION AS SIX OTHERS A FILED LAWSUIT IS SUING CALIFORNIA. UNLESS I PHYSICALLY CORRESPOND A FEMALE BACK AND FORTH NOBODY HAS CONSENT TO STEP IN MY PERIMETER. NOBODY BY LAW CAN INVADE MY PRIVACY OR A FEMALES STARTING PAYING ON AN ALLEGEDLY PROTECTED BY FEDERAL LAW WEBSITE. MILEY CYRUS AT 15 FBI RECORDED WITH 59 YEAR OLD ROBERTY PLANT BLACKMAILING HER AND OTHERS MONEY. THEY ARE CHILD MOELESTERS RIGGING SEX DISNEY AND NICKELODIAN FEMALES. ON PORN WEBSITE CELEB JIHAD FBI HAD REMOVED ORAL SEX OTHER VIDEOS OF AGE MILEY CYRUS, ANNE HATHAWAY, JENNIFER LOVE HEWITT AND TAYLOR SWIFT. THEN RIGGED GRAMMY AWARDS MILEY CYRUS AND TAYLOR SWIFT. EMINEM COMPLAINED YEARS BACK THEY WERE RIGGED. ALLEGEDLY THREE COUNTRY FEMALES , THE CASTELLOW SISTERS, ARE A FBI GAME TO SEE ME. WARNER BROTHERS WHO KILLED BRUCE LEE FOR RELEASE RIGHTS THREE MOVIES KEPT THEM WITH FBI NO ADRESS TO WRITE COMMUNICATION THEM.

JOSEPH EMERSON                                      2/16/2024

IN THE COMMON PLEAS COURT OF LUCAS COUNTY, OHIO

| | | |
|---|---|---|
| PLAINTIFF: | CASE NUMBER: | **G-4801-CI-0202401586-000** |
| JOSEPH EMERSON | JUDGE: | **Judge IAN B. ENGLISH** |
| V | | |
| DEFENDANTS: | | |
| MATCH GROUP LLC (ET/AL) | COMPLAINT: EVIDENCE FOR CASE | |

SUMMARY:

ENCLOSED IS EVIDENCE MY CASE

JOSEPH EMERSON                                         2/16/2024

The popular dating apps Tinder, Hinge and the League hook users with the promise of seemingly endless romantic matches in order to push people to pay money to continue their compulsive behavior, according to a federal lawsuit filed in San Francisco on Wednesday.

The suit, brought by six plaintiffs in states including New York, California and Florida, argues that dating app parent company Match Group gamifies the services "to transform users into gamblers locked in a search for psychological rewards that Match makes elusive on purpose."

While Hinge's advertising slogan boasts that it is "designed to be deleted," the lawsuit claims Match Group's dating apps are really designed to turn users into "addicts" who do not find true love and instead keep purchasing subscriptions and other paid perks to keep the publicly traded company's revenue flowing.

Sponsor Message

**Planet Money**

**The dating app paradox: Why dating apps may be worse than ever**

The complaint, which is seeking class action status, claims Match Group has violated state and federal consumer protection, false advertising and defective design laws.

"Harnessing powerful technologies and hidden algorithms, Match intentionally designs the platforms with addictive, game-like design features, which lock users into a perpetually pay-to-play loop that prioritizes corporate profits over its marketing promises and customers' relationship goals," lawyers for the plaintiffs wrote in the suit.

Many popular dating apps, like Tinder and Hinge, are free to download and use, but paid subscriptions to premium features are required to have unlimited swipes, or access the most coveted singles on the app. For instance, users can spend $3.99 on Hinge to send a "rose" to a "standout" profile.

A Match Group spokesperson denied the allegations in the Valentine's Day lawsuit, saying it is "ridiculous and has zero merit."

The spokesperson continued: "Our business model is not based on advertising or engagement metrics. We actively strive to get people on dates every day and off our apps. Anyone who states anything else doesn't understand the purpose and mission of our entire industry."

**Culture**

**Dating habits are changing — again. Here are 3 trends and tips for navigating them**

**Life Kit**

**Looking for love at first swipe? Here's how to make dating apps work for you**

Studies indicate anywhere from 10% to nearly half of couples in the U.S. met through online dating.

Thanks to push notifications and other features attempting to keep users engaged, it can be difficult to put the apps down, which is intentional by design, according to the lawsuit, which claims the Match Group's dating apps are "intended to erode users' ability to disengage."

Such tactics are not specific to the world of online dating — most social media platforms employ notifications and features like an "infinite scroll," keeping people thumbing at their screens in a thoughtless and almost irresistible way.



> motorcycle and 2974 Corvette to cruise. Winter I have my pick up. I get vehicles cash then fix and paint them. The Corvette was 1,300 and put about 3,000 in new parts. I do any mechanics myself. A guy I work with had a timing chain go out and owes 6,500 no warranty. He then paid dealer 5,000 and went in debt 19,000 a 2021 vehicle. This I a warranty, other did not. I already a new timing chain the Corvette. I sorry for the car like it was an abus dog.



It sounds like you have a pretty busy job and also have some interesting hobbies in your spare time. Repairing and refurbishing cars seems to be a specialty of yours, and your attention to detail and skills enable you to handle complex mechanical work. Your compassion for that coworker's predicament and your willingness to help him resolve his issue are commendable. I hope you continue to enjoy your motorcycles and Corvettes, and have more success at work!

Tuesday 6:38 PM

> My friend told me about this website yesterday. I kept putting photos to the left and he asked what the hell I was doing. I told him I can see their personalities I do not like what I see. He met a girl by not paying money



**Senjaya** ✓

to eat savings they fabricate others. A bought chief judge Ohio supreme court dismissed my nine cases above judges below her. Then Brett kavenaugh who I helped with documents when he was under rape turned and us supreme court refused to accept craigslist a decade on websites going between females and I. Hospitals tried killing me playing I had internal bleeding. They have two devices, magnetron and magnetic flux drive, one a high power microwave. They used it to make my heartbeat go to 150 then put me thru catheter, cat scan, shock wave, MRI and more trying to find something. Finding nothing put me finally an animation stopping heart game then lied I had a heart attack and blood clot artery which disappeared before got to hospital. For some reason thru this website only females 60 miles and over respond this website.

I have copyrights music and movies to steal which music samples are on YouTube under Joseph m Emerson's music video heading

✓ Sent

Wednesday 11:25 AM


Maybe we can use other chat methods to communicate better, what do you think?

GIF  Type a message...  SEND

  







checking
Not applicable

